IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JERRY ALEXANDER MENCHU,

        Plaintiff,                               No. 3:12-cv-02075-ST

        v.                                         ORDER

LEGACY HEALTH, *et al.*,

        Defendants.

HERNANDEZ, District Judge:

      Magistrate Judge Janice M. Stewart issued a Findings & Recommendation [150] on May 13, 2014, recommending that Defendants' motion for summary judgment and sanctions [124] be granted as to summary judgment and denied as to sanctions, and that Plaintiff's cross-motion for summary judgment [139] be denied. Plaintiff has timely filed objections to the Findings & Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Plaintiff's objections and conclude there is no basis to modify the Findings & Recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no other errors in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Stewart's Findings & Recommendation [150], and therefore, Defendants' motion for summary judgment [124] is granted as to summary judgment and denied as to sanctions, and Plaintiff's cross-motion for summary judgment [139] is denied.

IT IS SO ORDERED.

DATED this ____23____ day of June, 2014.


_____
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER